UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

MARY CONNOR, Individually and as the representative of a class of similarly situated persons,

          Plaintiff(s),

-against-

LAMO SHEEPSKIN, INC.

          Defendants.

------------------------------------------------------------------x

ECF Case

No. 18-CV-07446 (JGK)

**STIPULATION OF EXTENSION OF TIME TO ANSWER OR OTHERWISE MOVE IN RESPONSE TO COMPLAINT**

FILED ELECTRONICALLY

**IT IS HEREBY STIPULATED AND AGREED** by the Parties, by and through their undersigned attorneys, that Defendant Lamo Sheepskin, Inc.'s time to answer or otherwise move in response to the Complaint shall be extended thirty days (30) days from September 11, 2018 up to and including October 11, 2018. This is the first request for extension of time.

Dated: New York, New York
       September 10, 2018

TIAJOLOFF & KELLY LLP

*Ed Kelly*
Edward P. Kelly
The Chrysler Building
405 Lexington Avenue, 37th Floor
New York, NY 10174
Tel.: (212) 490-3285

THE SHAKED LAW GROUP

*Daniel Shaked*
Daniel Shaked, Esq.
44 Court St. Suite 1217
Brooklyn, New York, NY 11201
Tel: (212) 813-1600
Attorneys for Plaintiff(s)

27904/042/1182163.1

KUSHNER & CARLSON, P.C.
Nansom N. Pham
85 Enterprise
Aliso Viejo, CA 92656
Tel.: (949) 421-3030 (To be admitted pro hac vice)
Attorneys for Defendant

27904/042/1182163.1

IT IS SO ORDERED, this \_\_\_\_ day of September 2018.

_____
U.S.D.J.

27904/042/1182163.1