**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARY CONNER, Individually and as the
representative of a class of similarly situated persons,

          Case No.   1:18-cv-7446-JGK

        Plaintiff,

   - against -

          **NOTICE OF SETTLEMENT**

LAMO SHEEPSKIN, INC.,

        Defendant.
-----------------------------------------------------------X

Now comes the Plaintiff, Mary Conner, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the plaintiff will submit a Notice of Voluntary Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences including the December 11, 2018 conference.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the Agreement is executed and that the settlement funds have cleared.

Dated: Brooklyn, New York
December 4, 2018

                                      SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff

                             By: */s/Dan Shaked*
                                Dan Shaked (DS-3331)
                                44 Court St., Suite 1217
                                Brooklyn, NY 11201
                                Tel. (917) 373-9128
                                Fax (718) 704-7555
                                e-mail: ShakedLawGroup@Gmail.com